**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION**

KAVIN BIZZEL,                                     §
                                                  §
      Movant,                                   §
                                                  §
v.                                                §    CIVIL ACTION NO. 5:24-CV-37-RWS-JBB
                                                  §
UNITED STATES OF AMERICA,                         §
                                                  §
      Respondent.                               §

**ORDER**

Movant Kavin Bizzell, proceeding *pro se*, filed this motion to vacate or correct sentence under 28 U.S.C. § 2255 challenging the legality of his sentence and claiming that he is entitled to a sentence reduction for substantial assistance. The case was referred to United States Magistrate Judge Boone Baxter in accordance with 28 U.S.C. § 636.

Movant's last known address was at a residential re-entry facility in Little Rock, Arkansas. Copies of orders sent to him in February and October of 2025 and April 2026 were returned as undeliverable. Docket Nos. 17, 19, 21. Facility officials confirmed by telephone that Movant had not been there since September of 2024. Since that time, Plaintiff has not contacted the Court or provided a current address.

On April 14, 2026, the Magistrate Judge issued a Report and Recommendation, recommending the above lawsuit be dismissed without prejudice for failure to prosecute. Docket No. 20. However, in order to protect Movant's rights, the Magistrate Judge further recommended that should Movant contact the Court within sixty (60) days following the entry of final judgment, the case should be reopened and allowed to proceed without a limitations bar. *Id.* at 2. The Magistrate Judge further commented that the recommendation should not in any way hinder the power of the Court to consider a motion for relief from judgment filed after that date, in the event that

1

good cause for the delay is shown. *Id.*

A copy of the Magistrate Judge's Report and Recommendation was sent to Movant at his last known address, but was returned as undeliverable. Docket No. 21. Local Rule CV-11(d) of the Local Rules of Court for the Eastern District of Texas states that a *pro se* litigant must provide the Court with a physical address and is responsible for keeping the Clerk of Court advised in writing of his current physical address.

Because no objections to the Magistrate Judge's Report have been filed, Movant is barred from *de novo* review by the District Judge of those findings, conclusions, and recommendations and, except upon grounds of plain error, from appellate review of the unobjected-to factual findings and legal conclusions accepted and adopted by the District Court. *See Duarte v. City of Lewisville, Texas*, 858 F.3d 348, 352 (5th Cir. 2017); *Arriaga v. Laxminarayan*, Case No. 4:21-CV-00203-RAS, 2021 WL 3287683, at *1 (E.D. Tex. July 31, 2021). The Court has reviewed the pleadings in this cause and the Report and Recommendation of the Magistrate Judge. Upon such review, the Court has determined that the Report of the Magistrate Judge is correct. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir.), *cert. denied*, 492 U.S. 918 (1989) (where no objections to a Magistrate Judge's Report are filed, the standard of review is "clearly erroneous, abuse of discretion and contrary to law"). Accordingly, it is

**ORDERED** that the Report and Recommendation of the Magistrate Judge (Docket No. 20) is **ADOPTED** as the opinion of the District Court. It is further

**ORDERED** that the above-styled civil action is **DISMISSED** without prejudice for failure to prosecute. Should Movant contact the Court regarding this case within sixty (60) days following entry of final judgment, the case will be reopened and Movant will be allowed to proceed without a limitations bar. The Court retains the power to consider a motion to reopen filed after that date, in

accordance with Fed. R. Civ. P. 60(b), provided that good cause for the delay is shown.

**So ORDERED and SIGNED this 18th day of May, 2026.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE